**Motion Granted; Order filed December 31, 2019**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-19-00792-CV**

_____

**JASON DEYO, Appellant**

**V.**

**CHAD DWAYNE BRADSHAW, KENNETH RANDAL HUFSTETLER AND THE STATE OF TEXAS, Appellees**

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 103573-CV**

## ORDER

On December 3, 2019, appellees filed a motion strike the reporter's record filed by appellant on November 26, 2019. Appellees' motion is granted, and the reporter's record filed on November 26, 2019 is struck from this case.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.